UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**LOUIS W CARBINS JR ET AL**        **CASE NO.  6:22-CV-05801**

**VERSUS**                          **JUDGE ROBERT R. SUMMERHAYS**

**VROOM AUTOMOTIVE L L C ET AL**    **MAGISTRATE JUDGE DAVID J. AYO**

## JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for report and recommendation.  After an independent review of the record and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the "Motion to Quash Service pursuant to Rule 4(h) of the Federal Rules of Civil Procedure" filed by defendants Vroom Automotive, LLC and Vroom, Inc. (Rec. Doc. 5) is DENIED.

IT IS FURTHER ORDERED THAT that Plaintiffs have 30 days to present evidence that service was valid on Neisha Gross with CSC because she was an "officer, managing or general agent, or any agent authorized by appointment or by law to receive service of process" within the meaning of Federal Rule of Civil Procedure 4(h) or to effectuate proper service within the meaning of Rule 4(h) in light of the Statement of Change of Registered Office/Agent (Rec. Doc. 3, 4) and if

Plaintiffs fail to provide evidence as to why service was valid or institute service within the 30 days provided, all claims by Plaintiffs against Vroom will be dismissed without prejudice.

Signed at Lafayette, Louisiana, this 10th day of May, 2022.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE